The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| LAUREN STROBLE,<br><br>Plaintiff,<br>vs.<br><br>WALMART,<br><br>Defendant. | **Case No.: 3:21-cv-05627-DGE**<br><br>**NOTICE OF APPEAL** |

NOTICE is hereby given that Plaintiff Lauren Stroble in the above-entitled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Defendant's Motion to Exclude Plaintiff's Expert Levi Dixon and Granting Motion for Summary Judgment (Dkt. 71) that was entered on August 11, 2026. This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Court of Appeals Circuit Rule 3-2, the following representation statement is made:

Plaintiff Lauren Stroble is represented by:

Spencer D. Freeman, WSBA #25069
Freeman Law Firm, Inc.
935 Fawcett Avenue
Tacoma, WA 98402
(253) 383-4500
sfreeman@freemanlawfirm.org

Defendant Walmart is represented by:

Mary W. Cullen, WSBA #58747
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street, Suite 400
Seattle, WA 98101-2380
(206) 628-6600
mcullen@williamskastner.com

Dated this 22nd day of August 2026.

**FREEMAN LAW FIRM, INC.**

*s/ Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
FREEMAN LAW FIRM, INC.
935 Fawcett Avenue
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorney for Plaintiff Stroble*